# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0266. STEVEN FETTEROLF v. THE STATE.

In March 2022, Steven Fetterolf pled guilty to aggravated assault and other crimes, and he received a probated sentence. In March 2024, the trial court revoked Fetterolf's probation upon finding that he had admitted to violating his conditions of probation. Fetterolf filed this direct appeal, but we lack jurisdiction.

An appeal from a probation revocation order must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Fetterolf's failure to follow the required procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  09/04/2024

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*